IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Cynthia Willmett for ALEXA
VICTORIA PICKENS,

       Plaintiff,                    No. 2:10-cv-01201 KJN

    v.                             <u>ORDER</u>

MICHAEL ASTRUE,
Commissioner of Social Security,

       Defendant.
_____/

       Plaintiff, who filed this action on her daughter's behalf, has requested leave to proceed without the prepayment of fees and costs, also referred to as in forma pauperis, pursuant to 28 U.S.C. § 1915. (Dkt. No. 2.) She has submitted the required affidavit, which demonstrates that she is unable to prepay fees and costs or give security for them. Accordingly, the request to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

       For the foregoing reasons, IT IS HEREBY ORDERED that:

       1.    Plaintiff's request to proceed in forma pauperis is granted.

       2.    The Clerk of the Court is directed to serve the undersigned's scheduling order in Social Security cases.

       3.    The Clerk of the Court is further directed to serve a copy of this order on

1

1  the United States Marshal.

2      4.    Within fourteen days from the date of this order, plaintiff shall submit to
3  the United States Marshal an original and five copies of the completed summons, five copies of
4  the complaint, five copies of the scheduling order and a completed USM-285 form, *and shall file*
5  *a statement with the court that such documents have been submitted to the United States*
6  *Marshal.*

7      5.    The United States Marshal is directed to serve all process without
8  prepayment of costs not later than sixty days from the date of this order.  Service of process shall
9  be completed by delivering a copy of the summons, complaint, and scheduling order to the
10  United States Attorney for the Eastern District of California, and by sending two copies of the
11  summons, complaint, and scheduling order by registered or certified mail to the Attorney General
12  of the United States at Washington, D.C.  See Fed. R. Civ. P. 4(i)(1)(A) & (B).  The Marshal
13  shall also send a copy of the summons, complaint, and scheduling order by registered or certified
14  mail to the Commissioner of Social Security, c/o Office of General Counsel, 6401 Security
15  Blvd., Room 611, Altmeyer Bldg., Baltimore, MD 21235.  See Fed. R. Civ. P. 4(i)(2).  *The*
16  *United States Marshal shall thereafter file a statement with the court that such documents have*
17  *been served.*

18      IT IS SO ORDERED.
19  DATED:  May 19, 2010

23  KENDALL J. NEWMAN
    UNITED STATES MAGISTRATE JUDGE